## (January 22, 1957)

■ REBECCA AMINOFF, Appellant, v. RALPH AMINOFF, Respondent.— Order denying plaintiff's motion to punish the defendant for contempt unanimously affirmed. Order denying plaintiff's motion for the entry of judgment for the amount of arrears due and unpaid under the decree unanimously reversed and the motion granted. While a stipulation settling several disputes between the parties and requiring certain implementing action on the part of the plaintiff underlay the decree of separation entered in this action, the decree, as pointed out in our decision on a prior appeal (286 App. Div. 514), was an independent determination of the court. It contained no reference to the other action to be taken, and the provision for the payment of alimony was unconditional. So long as the decree stood it was defendant's obligation to abide by its terms, although we agree that the circumstances of the nonpayment here absolve defendant of the charge of contempt. The plaintiff's attack on the decree, successfully resisted by defendant, did not undermine the decree or suspend the operation of its provisions. No more now may defendant contend that there was a period during which he was exempt from the obligation of paying alimony. Settle order on notice, without costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ ELSIE STRAUSS et al., Appellants, v. NATHAN HAMMER et al., Doing Business under the Name of UNITED METAL BOX Co., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ GUSELLA JOHNSON, Respondent, v. DANSKER REALTY AND SECURITIES CORP., Appellant.— Judgment entered September 15, 1955, unanimously affirmed, with costs. No opinion. Order entered December 6, 1955, denying defendant's motion to set aside the verdict of the jury, unanimously marked "withdrawn". No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ HYMAN NESS, Appellant, v. SARAH GURNEY, Doing Business as CRESCENT LAKE COLONY, Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. The issue of contributory negligence was a question for the jury to determine. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ EVA PASTERNAK, Respondent, v. BORCHARD AFFILIATION INC., Appellant. — Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ FANNIE LEVINE et al., Appellants, v. LESTER T. DOYLE, as Trustee in Reorganization of Surface Transportation Corporation of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ In the Matter of the Estate of GUSTAV KADAR, Deceased. DREYFUS & Co., Appellant; NICHOLAS R. DOMAN, as Administrator of the Estate of GUSTAV KADAR, Deceased, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ. [3 Misc 2d 479.] [See *post*, p. 710.]

■ In the Matter of HENRY J. KOSTER, Appellant, against LEFFERT HOLZ, as Superintendent of Insurance of the State of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. On the basis of petitioner's application for a license and the facts as developed at the hearing, the superintendent was warranted in denying the application. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.